# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Travis Woods,**
    Plaintiff(s)
  vs.                              **CASE NUMBER: 6:10-CV-1350**

**Oneida County**
    Defendant(s)

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the complaint is hereby dismissed in its entirety with prejudice on the merits in accordance with the jury's verdict of no cause for action on behalf of plaintiff against defendant and order of the Hon. David N. Hurd in open Court on March 12th, 2013 at Utica, New York.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 12th day of March, 2013.

DATED: March 12, 2013

*Lawrence K. Baerman*
Clerk of Court

/s/
Craig B. Minor
Deputy Clerk