UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRAVIS WOODS,

                Plaintiff,

   -v-                                          6:10-CV-1350

ONEIDA COUNTY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

BOSMAN LAW OFFICE                         A.J. BOSMAN, ESQ.
Attorneys for Plaintiff                   NORMAN P. DEEP, ESQ.
6599 Martin Street
Rome, NY  13440

LONGERETTA LAW FIRM                       DAVID A. LONGERETTA, ESQ.
Attorneys for Plaintiff
298 Genesee Street
Utica, NY  13502

GORMAN, WASZKIEWICZ, GORMAN &             BARTLE J. GORMAN, ESQ.
   SCHMITT
Attorneys for Defendant
1508 Genesee Street
Utica, NY  13502


DAVID N. HURD
United States District Judge

# **O R D E R**

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on June 14, 2013, in Utica, New York, it is hereby

    ORDERED that

Plaintiff's motion for a new trial pursuant to Federal Rule of Civil Procedure 59(a) is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 14, 2013
        Utica, New York.